MANUEL CORTEZ, ADMINISTRATOR, CLARK COUNTY TAXICAB AUTHORITY, AN AGENCY OF THE STATE OF NEVADA, APPELLANT, v. WILLIAM MIRIN, DBA STRIP CAB COMPANY, RESPONDENT.

No. 8500

March 31, 1976                                    547 P.2d 312

*Robert List,* Attorney General, Carson City, and *Jeffrey N. Clontz,* Deputy, Las Vegas, for Appellant.

*Raymond E. Sutton,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

For the same reasons we delineated in, and on the authority of, Kitchen Factors, Inc. v. Brown, 91 Nev. 308, 535 P.2d 677 (1975), we reverse the district court's order which granted a permanent injunction and held NRS 706.8827(3), as amended, unconstitutional.